UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20400-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JULIETTE DARIUS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan, on January 20, 2012. A Report and Recommendation was filed on January 20, 2012, (D.E.#35), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge John J. O'Sullivan, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Superseding Information which charges the Defendant, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer and employee of the United States and of an agency in a branch of the United States Government while said officer was engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of February, 2012.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate O'Sullivan
All Counsel Of Record
U.S. Probation Office